

# NUMBER 13-24-00057-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN THE MATTER OF THE MARRIAGE OF SANJUANA ISABEL REYES AND JUAN E. REYES AND IN THE INTEREST OF J.E.R. JR., A CHILD**

## ON APPEAL FROM THE 139TH DISTRICT COURT OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's unopposed first amended motion for non-suit which we construe as an unopposed amended motion to dismiss. Appellant no longer wishes to pursue this appeal.

The Court, having considered the unopposed motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the

parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
1st day of August, 2024.